IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.                                              No. 17-3005-DRH

RAYMOND RUSH,

Defendant.

### ORDER

**HERNDON, District Judge:**

Pending before the Court is retained defense counsel Steve Griffin's motion to withdraw as counsel for defendant (Doc. 22). Specifically, Griffin states that defendant would like Mr. Griffin to withdraw as his counsel. The record reflects that new counsel has not entered an appearance on behalf of defendant. Thus, the Court **DEFERS** ruling on this motion until after new counsel has entered an appearance in this case so that there is not a gap in representation. The Court reminds that parties that this matter is set for jury trial on June 5, 2017.

**IT IS SO ORDERED.**

Signed this 10th day of May, 2017.

Digitally signed by Judge David R. Herndon
Date: 2017.05.10 10:00:30 -05'00'

**United States District Judge**